without costs, with leave to plaintiff to make a separate motion for bill of particulars.

McLENNAN, P. J., not sitting.

SPICER, Appellant, v. STRYKER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Action by C. Pamelia Spicer against Wilson H. Stryker and others.

PER CURIAM. Order amended, so as to direct that there be stricken from the third defence the words, "realleges all the allegations hereinbefore set forth in the first and second defenses to the complaint herein, the same as though fully set forth herein," and, as so amended, affirmed, without costs, with leave to plaintiff to make a separate motion for bill of particulars.

McLENNAN, P. J., not sitting.

SQUIRE, Appellant, v. ORDEMANN, Respondent, et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Benjamin Squire against Ernst Ordemann, impleaded. L. A. Gould, for appellant. H. H. Glass, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STAIGER, Appellant, v. KLITZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Christopher Staiger against Robert H. Klitz and another. No opinion. Order affirmed, with $10 costs and disbursements.

STARR v. SPINGARN. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Michael Starr against Samuel R. Spingarn. No opinion. Motion denied, with $10 costs. Order filed.

STATE BOARD OF PHARMACY, Respondent, v. MATTHEWS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by the State Board of Pharmacy against Gardiner D. Matthews and another. E. E. Wise, for appellants. H. A. Herold, for respondent.

PER CURIAM. Determination affirmed, with costs. Judgment ordered for plaintiff, with costs. Order filed. See 52 Misc. Rep. 492, 102 N. Y. Supp. 507.

LAUGHLIN and HOUGHTON, JJ., dissent.

STEPHAN, Appellant, v. KATZ, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by John Stephan against Samuel Katz. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re STRANG. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) In the matter of the judicial settlement of the accounts of John R. Strang, etc. No opinion. Motion granted, allowing decision to be changed so as to give the Geneseo Gospel Society costs of the appeal payable out of the estate. See 105 N. Y. Supp. 566.

In re STREET BETWEEN BAYVIEW AVE. & ELDERT AVE., IN FIFTH WARD, BOROUGH OF QUEENS, IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) In the matter of the street between Bayview avenue & Eldert avenue, in the Fifth Ward, borough of Queens, in city of New York.

PER CURIAM. The order does not open a default, but in effect reviews and reverses the order confirming the report of the commissioners of estimate and assessment. Aside from the question of power, we do not think the papers presented justified the action of the court at Special Term. The order is reversed, with $10 costs and disbursements, and the motion denied, with costs.

STRUNSKY et al., Respondents, v. MINSKY, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Maurice I. Strunsky and another against Louis Minsky. No opinion. Motion to dismiss appeal denied, with costs.

STUDWELL et al., Appellants, v. PALLISER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by George H. Studwell and another against Melvin G. Palliser and another. No opinion. Judgment affirmed, with costs.

SWEENEY, Appellant, v. O'DWYER, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by John Sweeney against Edward F. O'Dwyer. R. Krause, for appellant. W. M. Seabury, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See 45 Misc. Rep. 43, 90 N. Y. Supp. 806.

SWEET, Appellant, v. SWEET, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Action by D. Bradley Sweet against Fannie O. Sweet, individually, etc.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant shall within 15 days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal, as provided by rule 41, and pay to the respondent's attorney $10 costs of this motion, in which event said motion is denied.

SWEZEY, Respondent, v. VILLAGE OF BATAVIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by Hiram Swezey against the village of Batavia.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KRUSE, J., dissents, upon the ground that it is not shown that the defendant refused or willfully neglected to comply with the judgment, and also that the fine is excessive.

SWEZEY, Respondent, v. VILLAGE OF BATAVIA, Appellant. (Supreme Court, Ap-